UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ACCESS FOR THE DISABLED, INC., a
Florida not for profit corporation, and
DENISE PAYNE, individually,

    Plaintiffs,

v.                              Case No.:    3:09-cv-638-J-20MCR

R.S. MOTEL CORP., a Florida
Limited Liability Company,

    Defendant.

_____

## ORDER

Before the Court is the Parties' Notice of Settlement (Doc. 12, filed November 25, 2009). The Parties have reported that the case has been resolved. Based on the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED**:

1. The above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings.

2. The Clerk of Court is instructed to **CLOSE** the file.

**DONE AND ENTERED** in Jacksonville, Florida, this ___1st___ day of December, 2009.

                                                    HARVEY E. SCHLESINGER
                                                  United States District Judge

Copies to:

Thomas B. Bacon, Esq.
Bradley R. Johnson, Esq.
Latasha Garrison-Fullwood, Esq.