

FILED

DSY

2010 FEB 10 A 10: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**ACCESS FOR THE DISABLED, INC., a**
**Florida not for profit corporation, and**
**DENISE PAYNE, individually,**

       Plaintiffs,

v.                  **Case No.:**    **3:09-cv-638-J-20MCR**

**R.S. MOTEL CORP., a Florida**
**Limited Liability Company,**

       Defendant.

_____

## O R D E R

Before the Court is the Parties' Joint Motion for Dismissal (Doc. 14, filed January 29, 2010).

In the instant motion, the Parties request that this case be dismissed with prejudice.

Accordingly, it is **ORDERED** and **ADJUDGED**:

1. The Parties' Joint Motion for Dismissal (Doc. 14) is **GRANTED,** with each party to bear

their own costs and attorneys' fees associated with this matter;

2. This matter is **DISMISSED with Prejudice** and the Clerk is directed to **CLOSE** this

case.

**DONE AND ENTERED** in Jacksonville, Florida, this _____/0____ day of February,

2010.

**HARVEY E. SCHLESINGER**
United States District Judge

Copies to:

Thomas B. Bacon, Esq.
Bradley R. Johnson, Esq.
Latasha Garrison-Fullwood, Esq.